Fill in this information to identify the case:

United States Bankruptcy Court for the:
**Eastern District of Texas**

Case number (if known): _____   Chapter **11**

☐ Check if this is an amended filing

# Official Form 201

## Voluntary Petition for Non-Individuals Filing for Bankruptcy                           04/25

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals*, is available.

| | | |
|---|---|---|
| **1. Debtor's name** | **Homes Now LLC** | |
| **2. All other names debtor used in the last 8 years** Include any assumed names, trade names, and *doing business as* names | | |
| **3. Debtor's federal Employer Identification Number (EIN)** | 9 2 – 2 9 6 8 4 9 4 | |
| **4. Debtor's address** | **Principal place of business** 709 W. Rusk St., Ste B560 Number  Street Rockwall, TX 75087 City  State  ZIP Code Rockwall County | **Mailing address, if different from principal place of business** Number  Street City  State  ZIP Code **Location of principal assets, if different from principal place of business** Number  Street City  State  ZIP Code |
| **5. Debtor's website (URL)** | | |
| **6. Type of debtor** | ☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP)) ☐ Partnership (excluding LLP) ☐ Other. Specify: _____ | |

Official Form 201                  **Voluntary Petition for Non-Individuals Filing for Bankruptcy**                  page **1**

Debtor **Homes Now LLC**  Case number (if known) _____
    Name

**7. Describe debtor's business**

A. *Check one:*
- ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
- ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
- ☐ Railroad (as defined in 11 U.S.C. §101(44))
- ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
- ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
- ☐ Clearing Bank (as defined in 11 U.S.C. §781(3))
- ☑ None of the above

B. *Check all that apply:*
- ☐ Tax-exempt entity (as described in 26 U.S.C. §501)
- ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)
- ☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes .
**5  3  1  1**

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*
- ☐ Chapter 7
- ☐ Chapter 9
- ☑ Chapter 11. *Check all that apply:*
   - ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,424,000 (amount subject to adjustment on 4/01/28 and every 3 years after that).
   - ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
   - ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.
   - ☐ A plan is being filed with this petition.
   - ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
   - ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.
   - ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.
- ☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

- ☑ No
- ☐ Yes.  District _____ When __/__/____ Case number _____
  District _____ When __/__/____ Case number _____

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list.

- ☑ No
- ☐ Yes.  Debtor _____ Relationship _____
  District _____ When __/__/____
  Case number, if known _____

Official Form 201     **Voluntary Petition for Non-Individuals Filing for Bankruptcy**     page **2**

Debtor  **Homes Now LLC** _____  Case number *(if known)* _____
     Name

| | |
|---|---|
| **11. Why is the case filed in *this district*?** | *Check all that apply:*<br>☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.<br>☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district. |
| **12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?** | ☑ No<br>☐ Yes.    Answer below for each property that needs immediate attention. Attach additional sheets if needed.<br>**Why does the property need immediate attention?** *(Check all that apply.)*<br>☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.<br>    What is the hazard? _____<br>☐ It needs to be physically secured or protected from the weather.<br>☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).<br>☐ Other _____<br>**Where is the property?** _____<br>    Number    Street<br>_____<br>City            State   ZIP Code<br>**Is the property insured?**<br>☐ No<br>☐ Yes.    Insurance agency _____<br>          Contact name _____<br>          Phone _____ |

### Statistical and administrative information

| | |
|---|---|
| **13. Debtor's estimation of available funds?** | *Check one:*<br>☐ Funds will be available for distribution to unsecured creditors.<br>☑ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors. |
| **14. Estimated number of creditors** | ☑ 1-49    ☐ 50-99      ☐ 1,000-5,000    ☐ 5,001-10,000      ☐ 25,001-50,000    ☐ 50,000-100,000<br>☐ 100-199    ☐ 200-999      ☐ 10,001-25,000      ☐ More than 100,000 |
| **15. Estimated assets** | ☐ $0-$50,000            ☑ $1,000,001-$10 million      ☐ $500,000,001-$1 billion<br>☐ $50,001-$100,000     ☐ $10,000,001-$50 million      ☐ $1,000,000,001-$10 billion<br>☐ $100,001-$500,000    ☐ $50,000,001-$100 million    ☐ $10,000,000,001-$50 billion<br>☐ $500,001-$1 million    ☐ $100,000,001-$500 million    ☐ More than $50 billion |

Debtor **Homes Now LLC**                                             Case number *(if known)* _____
    Name

| 16. Estimated liabilities | ☐ $0-$50,000 | ☑ $1,000,001-$10 million | ☐ $500,000,001-$1 billion |
|---|---|---|---|
| | ☐ $50,001-$100,000 | ☐ $10,000,001-$50 million | ☐ $1,000,000,001-$10 billion |
| | ☐ $100,001-$500,000 | ☐ $50,000,001-$100 million | ☐ $10,000,000,001-$50 billion |
| | ☐ $500,001-$1 million | ☐ $100,000,001-$500 million | ☐ More than $50 billion |

### Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

- The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.
- I have been authorized to file this petition on behalf of the debtor.
- I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **05/29/2025**
    MM/ DD/ YYYY

X **/s/ Ken Strickler**                                             **Ken Strickler**
Signature of authorized representative of debtor                     Printed name

Title  **Agent and Representative**

**18. Signature of attorney**

X **/s/ John Paul Stanford**         Date **05/29/2025**
Signature of attorney for debtor                 MM/ DD/ YYYY

**John Paul Stanford**
Printed name

**Quilling, Selander, Lownds, Winslett & Moser, P.C.**
Firm name

**2001 Bryan Street 1800**
Number    Street

**Dallas**                                    **TX**         **75201**
City                                          State         ZIP Code

**(214) 880-1851**                            **jstanford@qslwm.com**
Contact phone                                 Email address

**19037350**                                  **TX**
Bar number                                    State

Official Form 201    **Voluntary Petition for Non-Individuals Filing for Bankruptcy**    page **4**

1 Sharpe Opportunity
Intermediate Trust
370 Highland Ave.
Piedmont, CA 94611

Barrett Daffin Frappier Turner
& Engel, LLP
4004 Belt Line Rd Ste 100
Addison, TX 75001

Capital Fund I LLC
14555 N. Scottsdale Ste 200
Scottsdale, AZ 85254

Collin County Tax Assessor
Collector
PO Box 8006
McKinney, TX 75070-8006

Dallas County
500 ELM ST., STE. 3300
Dallas, TX 75202

Double Backflip
PO Box 27370
Anaheim, CA 92809

Double Backflip
405 State Highway 121 bypass A250
Lewisville, TX 75067

FCI Lender Services, Inc.
PO Box 27370
Anaheim, CA 92809-0112

First American Mortgage
Solutions
c/o Double Backflip LLC
MS 158-E 1795 International Way
Idaho Falls, ID 83402

GLS Solutions LLC
200 S. Wilcox St #440
Castle Rock, CO 80104

Harris County Tax Office
PO Box 2109
Houston, TX 77210-2109

Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101-7346

Kaivi Funding, Inc.
2 Allegheny Center, Nova Tower 2 Suite 200
Pittsburgh, PA 15212

Kaivi Funding, Inc.
2 Allegheny Center, Nova Tower 2 Ste 200
Pittsburgh, PA 15212

LOGS Legal Group
13105 Northwest Frwy, 960
Houston, TX 77040

McCalla Raymer Leibert Pierce
1320 Greenway Dr., Ste 780
Irving, TX 75038

Mechanical Breakdown
Protection Inc.
c/o COOK KEITH DAVIS
Attn: Stephen W. Davis
6688 North Central Expressway 1000
Dallas, TX 75206

Montgomery County Tax
Office
400 N. San Jacinto St.
Conroe, TX 77301

Office of the U.S. Trustee
110 N. College Ave., Ste. 300
Tyler, TX 75702

Park Place
PO Box 27370
Anaheim, CA 92809

Rockwall County Tax Assessor
101 E. Rusk St. , #101
Rockwall, TX 75087

Saluda Grade Alternative
Mortgage Trust 2022-RTL6
FCI PO Box 27370
Anaheim, CA 92809

Saluda Grade Alternative
Mortgage Trust 2022-RTL6
PO Box 27370
Anaheim, CA 92809

Tarrant County Tax Assessor
PO Box 961018
Fort Worth, TX 76161-1018

**IN THE UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

IN RE: **Homes Now LLC**                                CASE NO

                                                        CHAPTER **11**


**VERIFICATION OF CREDITOR MATRIX**

The above named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.

Date   **05/29/2025**       Signature       **/s/ Ken Strickler**
                                            Ken Strickler, Agent and Representative