IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| IN RE: | § | CASE NO. 25-41516 |
| Homes Now LLC | § | |
| Debtor | § | CHAPTER 11 |
| | § | |

**MOTION FOR RELIEF FROM AUTOMATIC STAY
AS TO 22355 DOMINGUEZ DR, PORTER, TX 77365
WAIVER OF SECTION 362(e) REQUIREMENT IF APPLICABLE**

**Your rights may be affected by the relief sought in this pleading. You should read this pleading carefully and discuss it with your attorney, if you have one in this bankruptcy case. If you oppose the relief sought by this pleading, you <u>must</u> file a written objection, explaining the factual and/or legal basis for opposing the relief.**

**No hearing will be conducted on this Motion unless a written objection is filed with the Clerk of the United States Bankruptcy Court and served upon the party filing this pleading <u>*WITHIN FOURTEEN (14) DAYS FROM THE DATE OF SERVICE*</u> shown in the certificate of service unless the Court shortens or extends the time for filing such objection. If no objection is timely served and filed, this pleading shall be deemed to be unopposed, and the Court may enter an order granting the relief sought. If an objection is filed and served in a timely manner, the Court will thereafter set a hearing with appropriate notice. If you fail to appear at the hearing, your objection may be stricken. The Court reserves the right to set a hearing on any matter.**

TO THE HONORABLE UNITED STATES BANKRUPTCY JUDGE:

**US Bank Trust National Association, Not In Its Individual Capacity But Solely As Owner Trustee For Vrmtg Asset Trust**, its successors and assigns (hereinafter "Movant"), secured creditor herein files this Motion for Relief from Automatic Stay.  In support of its Motion, Movant respectfully represents as follows:

1.     This Court has jurisdiction of this matter pursuant to 28 U.S.C. §1334 and 11 U.S.C. §105 and §362.

2.     This is a core proceeding under 28 U.S.C. §157(b)(2)(G).

3.     On May 29, 2025, Homes Now LLC (hereinafter "Debtor") filed a Voluntary Petition for relief under Chapter 11 of the Bankruptcy Code.

4.     On January 30, 2024, Aaron Marsh, Member for Homes Now LLC executed that certain Secured Promissory Note in the original principal amount of $254,000.00, payable to the order of Double BackFlip, LLC, a Delaware Limited Liability Company (hereinafter "Note").

5.      Concurrently with the execution of the Note, Aaron Marsh, Member for  Homes Now LLC executed a Deed of Trust granting a lien on certain real property to secure payment of the Note.  The Deed of Trust  was recorded in the MONTGOMERY County Deed Records and grants a lien on the property commonly known as **22355 DOMINGUEZ DR, PORTER, TX 77365** (hereinafter "Property") and legally described as follows:

> LOT 14, BLOCK 1, OF BROOKLYN TRAILS, SEC. 2, A SUBDIVISION IN HARRIS COUNTY, TEXAS, ACCORDING TO THE MAP OR PLAT THEREOF RECORDED IN CABINET Z, SHEET 6883, OF THE MAP RECORDS OF MONTGOMERY COUNTY, TEXAS.

6.      Debtor alleges to be the current owner of record of the Property.

7.      Debtor is in default on the obligation to Movant in that Debtor has failed to make installment payments when due and owing pursuant to the terms of the above-described Note.

8.      As of March 23, 2026, the status of the indebtedness is as follows:

a)      The unpaid principal balance due and owing to the Movant on the Note is $254,000.00.

b)      The Debtor is due for the May 1, 2025, contractual payment and all payments due thereafter through March 1, 2026, for a total default of $24,447.50.

c)      Additional fees have been incurred, including Movant's reasonable attorney fees and costs in an amount allowable by local practice, rule, or order.  Pursuant to the Note and Deed of Trust, Movant is entitled to reimbursement of these fees and costs.

9.      Movant requests that this Honorable Court terminate the automatic stay pursuant to the provisions of the Bankruptcy Code to allow Movant to exercise all of its rights and remedies against the Debtor under state law, including, <u>inter alia</u>, foreclosing its lien on the Property.

10.      Movant's interest is not adequately protected pursuant to 11 U.S.C. § 362(d)(1) and therefore cause exists for the stay to be lifted.

11.      Movant requests that any Order granting its motion for relief from the automatic stay be effective immediately upon entry and that Rule 4001(a)(4) is waived.

12.      Movant further requests that any Order granting its motion for relief from automatic stay will remain in full force and effect if this bankruptcy case is converted to a different Chapter of the United States Bankruptcy

Court.

13.     Attached are redacted copies of any documents that support the motion for relief, such as promissory notes, purchase order, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements in support of right to seek a lift of the automatic stay and foreclose if necessary.

WHEREFORE, PREMISES CONSIDERED, Movant prays that this Court enter an Order granting relief from the automatic stay to allow Movant to exercise and enforce all its rights and remedies as a secured creditor and perfected lienholder to the Property; including, but not limited to, foreclosure and disposition of the Property, payment of costs, expenses, and reasonable attorneys' fees in accordance with the terms of the Note and Deed of Trust, and for such other relief to which Movant may show itself justly entitled, either at law or in equity.

Respectfully submitted,

Codilis & Moody, P.C.

By: /s/ Juanita M. Deaver
Kerrie S. Mattson-Neal ARDC#6270224
Nicole Bartee SBOT#24001674
Marla A. Gomes SBOT#24136182
Peter C. Bastianen ARDC#6244346
Michael J. Kulak IN Atty. #21347-53
Juanita M. Deaver SBOT#24126385
20405 State Highway 249, Suite 170
Houston, TX 77070
(281) 925-5200
TX.bkpleadingsEAST@tx.cslegal.com
File No. 44-25-03759
ATTORNEYS FOR MOVANT
NOTE: This law firm is a debt collector.

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that a true and correct copy of the foregoing Motion for Relief from Automatic Stay, was served on March 31, 2026 to the following parties at the addresses indicated by deposit in the United States Mail, first class postage prepaid, and/or by electronic notice on March 31, 2026.

Homes Now LLC
709 W. Rusk St., Ste B560
Rockwall, TX 75087
DEBTOR

John Paul Stanford
2001 Bryan St., Suite 1800
Dallas, TX 75201
ATTORNEY FOR DEBTOR

US Trustee
Office of the U.S. Trustee, 110 N. College Ave., Suite 300
Tyler, TX 75702
CHAPTER 11 TRUSTEE

United States Trustee
1100 Commerce Street, Room 976,
Dallas, TX 75242

PARTIES REQUESTING NOTICE:
Wilmington Savings Fund Society,
Barrett Daffin Frappier Turner & Engel, LLP
4004 Belt Line Rd Ste. 100
Addison, TX 75001

Saluda Grade Alternative Mortgage Trust 2025-NPL2
Barrett Daffin Frappier Turner & Engel, LLP
4004 Belt Line Rd Ste. 100
Addison, TX 75001

Collin County Tax Assessor/Collector
1700 Redbud Blvd., Ste. 300
McKinney, TX 75069

Montgomery County Municipal Utility District # 145
c/o Melissa E. Valdez
Perdue, Brandon, Fielder, Collins & Mott, L.L.P.
1235 North Loop West
Suite 600
Houston, TX 77008

Fort Bend County
LINEBARGER GOGGAN BLAIR & SAMPSON, LLP
PO Box 3064
Houston, TX 77253-3064


1SHARPE OPPORTUNITY INTERMEDIATE TRUST
DAMIAN WALDMAN, ESQ.
Law Offices of Damian G. Waldman, P.A.
Attorneys for Secured Creditor
P.O. Box 5162
Largo, FL 33779


Kiavi Funding Inc.
Trenita J. Stewart
MILLER, GEORGE & SUGGS, PLLC
6080 Tennyson Parkway, Suite 100
Plano, TX 75024


Mechanical Breakdown Protection, Inc.
STEPHEN W. DAVIS
State Bar No. 24066792
stephen@cookkeithdavis.com
MATTHEW T. JINKINS
State Bar No. 24096778
matt@cookkeithdavis.com
REGINALD A. JALA
State Bar No. 24132126
reggie@cookkeithdavis.com
COOK KEITH & DAVIS
A PROFESSIONAL CORPORATION
6688 North Central Expressway, Suite 1000
Dallas, TX 75206


Montgomery County
Linebarger Goggan Blair & Sampson, LLP
PO Box 3064
 Houston, TX 77253-3064


 Dallas County, Tarrant County, Rockwall CAD
Linebarger Goggan Blair & Sampson, LLP
3500 Maple Avenue
Suite 800
Dallas, TX 75219

Garland ISD
Garland ISD
c/o Linda D. Reece
Perdue, Brandon, Fielder, Collins & Mott, L.L.P.
1919 S. Shiloh Rd., Suite 640, LB
Garland, TX 75042


Richardson ISD
Richardson ISD
c/o Elizabeth Banda Calvo
Perdue, Brandon, Fielder, Collins & Mott, L.L.P.
500 E. Border Street, Su
Arlington, TX 76010


Codilis & Moody, P.C.

By: /s/ Juanita M. Deaver
Kerrie S. Mattson-Neal ARDC#6270224
Nicole Bartee SBOT#24001674
Marla A. Gomes SBOT#24136182
Peter C. Bastianen ARDC#6244346
Michael J. Kulak IN Atty. #21347-53
Juanita M. Deaver SBOT#24126385
ATTORNEYS FOR MOVANT