IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| DEBTORS<br><br>HOMES NOW, LLC | MAIM BANKRUPTCY CASE NO:<br><br>25-41516 |
|---|---|
| CAPTION & CASE NO<br><br>GARY EDWARD BURTON<br>25-40389 | DATE OF TRIAL/HEARING<br>AND NATURE OF PROCEEDING:<br><br>HEARING DATE: APRIL 14, 2026<br>10:00 A.M.<br><br>MOTION FOR RELIEF FROM STAY |

EXHIBIT AND WITNESS LIST FOR S WILMINGTON SAVINGS FUND SOCIETY, FSB,
NOT IN ITS INDIVIDUAL CAPACITY BUT SOLELY AS OWNER TRUSTEE OF SG
ALTERNATIVE TITLE TRUST 2025-NPL2
( relates to Docket #'s 79, 84 and 85)

| NO. | DESCRIPTION | OFFERED | OBJECTION | ADMITTED | |
|---|---|---|---|---|---|
| 1 | Docket Report Case # 25-41516 | | | | |
| 2 | Schedules filed by Debtor (Docket # 20) | | | | |
| 3 | Motion for Relief From Stay Relating to 203 Hill St., Rockwall, Tx 75087 – For Information Only | | | | |
| 4 | Proof of Claim filed by Movant with regard to 203 Hill St, Rockwall, Texas 75087 | | | | |
| 5 | Proof of Claim filed by Collin county Tax Assessor Collector | | | | |
| 6 | Motion to Employ Real Estate Broker (Docket # 44) | | | | |
| 7 | Motion for Relief From Stay Relating to 909 Westgate Dr., Farmersville, Tx 75442 – For Information Only | | | | |
| 8 | Proof of Claim filed by Movant with regard to 2909 Westgate Dr., Farmersville, Tx 75442 | | | | |
| 9 | Demonstrative Exhibit | | | | |
| 10 | Motion for Relief From Stay relating to 1123 Whispering Glen, Rockwall, Tx 75087 | | | | |
| 11 | Proof of Claim filed by Movant with regard to 1123 Whispering Glen, Rockwall, Tx 75087 | | | | |
| 12 | Proof of Claim field by Rockwell County Tax Collector | | | | |
| 13 | Demonstrative Exhibit | | | | |

BK0065E-57/Objection/Eastern/SHERMAN/00000009590878

| NO. | DESCRIPTION | OFFERED | OBJECTION | ADMITTED | |
|---|---|---|---|---|---|
| 14 | Proof of Claim Registry Case # 25-41516 | | | | |
| 15 | Statement of Financial Affairs; Case # 25-41516 (Docket # 21) | | | | |
| 14 | Notice of Security Interest in Cash Collateral and Objection to Use of Cash Collateral (Docket # 74) Case # 25-51516 | | | | |
| 15 | | | | | |

WITNESS LIST

1. Representative of Homes Now
2. Any witness designated to appear on behalf of Homes Now, LLC
3. Mitchell J. Buchman for purposes of offering demonstrative exhibits
4. Gary Barnes, representative of Movant.  Designated custodian of records to testify regarding current payoff, loan history and matters relating to insurance on the collateral.
5. Any witness called by the Debtor

Respectfully submitted,

BARRETT DAFFIN FRAPPIER
TURNER & ENGEL, LLP

BY: /s/ MITCHELL BUCHMAN
MITCHELL BUCHMAN
TX NO. 03290750
RACHAEL SWERNOFSKY
TX NO 24097169
1900 ST. JAMES PLACE SUITE 500
HOUSTON, TX 77056
Telephone: (713) 693-2014
Facsimile: (713) 693-2011
E-mail:  mitchelb@bdfgroup.com
ATTORNEYS FOR MOVANT

BK0065E-57/Objection/Eastern/SHERMAN/00000009590878

## CERTIFICATE OF SERVICE

I hereby certify that on April 9,2026, a true and correct copy of the foregoing was served

via electronic means as listed on the Court's ECF noticing system or by regular first-class mail

to the parties listed on the attached list.

Respectfully submitted,

BARRETT DAFFIN FRAPPIER
TURNER & ENGEL, LLP.

BY: /s/ MITCHELL BUCHMAN
MITCHELL BUCHMAN
TX NO. 03290750

## BY ELECTRONIC NOTICE OR REGULAR FIRST-CLASS MAIL:

**DEBTOR:**
HOMES NOW LLC
709 W. RUSK ST., STE B560
ROCKWALL, TX 75087

**DEBTOR'S ATTORNEY:**
JOHN PAUL STANFORD
2001 BRYAN ST., STE. 1800
DALLAS, TX  75201

**US TRUSTEE:**
1760 N. LEE TREVINO DR. EL
PASO, TX  79936

ASHER MATIAH BUBLICK
DOJ-UST
OFFICES OF THE U.S. TRUSTEE
1100 COMMERCE STREET
STE 976
DALLAS, TX 75242

**ALL PARTIES REQUESTING NOTICE:**

BY: /s/ MITCHELL BUCHMAN
MITCHELL BUCHMAN
TX NO. 03290750