Fill in this information to identify the case:

Debtor Name **Homes Now LLC**

United States Bankruptcy Court for the: **Eastern** District of **Texas**

(State)

Case number (If known): **25-41516**

MOVANT'S EXHIBIT #2

☐ Check if this is an amended filing

## Official Form 206A/B

# Schedule A/B: Assets — Real and Personal Property                          12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
| --- | --- |

1. **Does the debtor have any cash or cash equivalents?**

   ☐ No. Go to Part 2.
   ☑ Yes. Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
| --- | --- |

2. **Cash on hand**

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
| --- | --- | --- | --- |
| 3.1. **B 1 Bank** | **Checking account** | **7 7 1 4** | **$0.00** |

4. **Other cash equivalents** *(Identify all)*

   4.1
   4.2

5. **Total of Part 1**

   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80. | **$0.00** |

| Part 2: | Deposits and prepayments |
| --- | --- |

6. **Does the debtor have any deposits or prepayments?**

   ☑ No. Go to Part 3.
   ☐ Yes. Fill in the information below.

| | Current value of debtor's interest |
| --- | --- |

7. **Deposits, including security deposits and utility deposits**

   Description, including name of holder of deposit

   7.1

Debtor **Homes Now LLC**

Name

Case number *(if known)* **25-41516**

7.2 _____ _____

8. **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**

Description, including name of holder of prepayment

8.1 _____ _____

8.2 _____ _____

9. **Total of Part 2**

Add lines 7 through 8. Copy the total to line 81. _____

| Part 3: | Accounts receivable |
|---|---|

10. **Does the debtor have any accounts receivable?**

☑ No. Go to Part 4.

☐ Yes. Fill in the information below.

**Current value of debtor's interest**

11. **Accounts receivable**

11a. 90 days old or less: _____ - _____ =..... ➔

face amount     doubtful or uncollectible accounts _____

11b. Over 90 days old: _____ - _____ =..... ➔

face amount     doubtful or uncollectible accounts _____

12. **Total of Part 3**

Current value on lines 11a + 11b = line 12. Copy the total to line 82. _____

| Part 4: | Investments |
|---|---|

13. **Does the debtor own any investments?**

☑ No. Go to Part 5.

☐ Yes. Fill in the information below.

**Valuation method used for current value**     **Current value of debtor's interest**

14. **Mutual funds or publicly traded stocks not included in Part 1**

Name of fund or stock:

14.1 _____ _____ _____

14.2 _____ _____ _____

15. **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**

Name of entity:          % of ownership:

15.1. _____ _____ _____ _____

15.2. _____ _____ _____ _____

Debtor **Homes Now LLC**
Name

Case number *(if known)* **25-41516**

| | |
|---|---|
| **16.** | **Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1** |

Describe:

16.1 _____    _____    _____

16.2 _____    _____    _____

**17.** **Total of Part 4**

Add lines 14 through 16. Copy the total to line 83.

| |
|---|
| _____ |

| Part 5: | Inventory, excluding agriculture assets |
|---|---|

**18.** **Does the debtor own any inventory (excluding agriculture assets)?**

☑ No. Go to Part 6.

☐ Yes. Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| **19. Raw materials** | | | | |
| | MM / DD / YYYY | | | |
| **20. Work in progress** | | | | |
| | MM / DD / YYYY | | | |
| **21. Finished goods, including goods held for resale** | | | | |
| | MM / DD / YYYY | | | |
| **22. Other inventory or supplies** | | | | |
| | MM / DD / YYYY | | | |

**23.** **Total of Part 5**

Add lines 19 through 22. Copy the total to line 84.

| |
|---|
| _____ |

**24.** **Is any of the property listed in Part 5 perishable?**

☑ No

☐ Yes

**25.** **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**

☑ No

☐ Yes.  Book value _____  Valuation method _____  Current value _____

**26.** **Has any of the property listed in Part 5 been appraised by a professional within the last year?**

☑ No

☐ Yes

| Part 6: | Farming and fishing-related assets (other than titled motor vehicles and land) |
|---|---|

Debtor **Homes Now LLC**
Name

Case number *(if known)* **25-41516**

---

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☑ No. Go to Part 7.

☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 28. **Crops—either planted or harvested** | | | |
| 29. **Farm animals** *Examples:* Livestock, poultry, farm-raised fish | | | |
| 30. **Farm machinery and equipment** (Other than titled motor vehicles) | | | |
| 31. **Farm and fishing supplies, chemicals, and feed** | | | |
| 32. **Other farming and fishing-related property not already listed in Part 6** | | | |

33. **Total of Part 6**
    Add lines 28 through 32. Copy the total to line 85.

34. **Is the debtor a member of an agricultural cooperative?**

☑ No

☐ Yes. Is any of the debtor's property stored at the cooperative?

    ☐ No

    ☐ Yes

35. **Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**

☑ No

☐ Yes. Book value _____ Valuation method _____ Current value _____

36. **Is a depreciation schedule available for any of the property listed in Part 6?**

☑ No

☐ Yes

37. **Has any of the property listed in Part 6 been appraised by a professional within the last year?**

☑ No

☐ Yes

---

**Part 7:**     Office furniture, fixtures, and equipment; and collectibles

---

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☑ No. Go to Part 8.

☐ Yes. Fill in the information below.

---

Official Form 206A/B            **Schedule A/B: Assets — Real and Personal Property**            page **4**

Debtor **Homes Now LLC**  Case number *(if known)* **25-41516**
Name

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39. **Office furniture** | | | |
| 40. **Office fixtures** | | | |
| 41. **Office equipment, including all computer equipment and communication systems equipment and software** | | | |
| 42. **Collectibles** *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |
| 42.1 | | | |
| 42.2 | | | |
| 42.3 | | | |

43. **Total of Part 7**

Add lines 39 through 42. Copy the total to line 86.

44. **Is a depreciation schedule available for any of the property listed in Part 7?**

☑ No

❑ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**

☑ No

❑ Yes

**Part 8:**  Machinery, equipment, and vehicles

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

☑ No. Go to Part 9.

❑ Yes. Fill in the information below.

| General description Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) (Where available) | Net book value of debtor's interest | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 47. **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1 | | | |
| 47.2 | | | |
| 47.3 | | | |
| 47.4 | | | |

| Debtor | **Homes Now LLC** | Case number *(if known)* | **25-41516** |
|---|---|---|---|
| | Name | | |

---

48. **Watercraft, trailers, motors, and related accessories** Examples: Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels

   48.1 _____

   48.2 _____

49. **Aircraft and accessories**

   49.1 _____

   49.2 _____

50. **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**

   _____

51. **Total of Part 8**

   Add lines 47 through 50. Copy the total to line 87.

52. **Is a depreciation schedule available for any of the property listed in Part 8?**

   ☑ No

   ☐ Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**

   ☑ No

   ☐ Yes

## Part 9:     Real property

54. **Does the debtor own or lease any real property?**

   ☐ No. Go to Part 10.

   ☑ Yes. Fill in the information below.

55. **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1 **Real Property; Construction Started /** 203 Hill Street Farmersville, TX 75442 | **Fee Simple** | **unknown** | **Debtor's Best Estimate** | **$250,000.00** |
| 55.2 **Real Property; Construction Mostly Complete /** 2206 Ashmont Ct. Missouri City, TX 77489 | **Fee Simple** | **unknown** | **Debtor's Best Estimate** | **$325,000.00** |
| 55.3 **Real Property; Complete, Rented /** 3321 Castle Drive Rowlett, TX 75089 | **Fee Simple** | **unknown** | **Debtor's Best Estimate** | **$949,000.00** |

---

Debtor **Homes Now LLC**
Name

Case number *(if known)* **25-41516**

| | | | | |
|---|---|---|---|---|
| 55.4 **Real Property; Construction Half Complete /** 8644 S. FM 549 Rockwall, TX 75032 | Fee Simple | unknown | Debtor's Best Estimate | $2,500,000.00 |
| 55.5 **Real Property; Complete, Rented /** 22355 Dominguez Drive Porter, TX 77365 | Fee Simple | unknown | Debtor's Best Estimate | $349,000.00 |
| 55.6 **Real Property; Construction Mostly Complete /** 909 Westgate Drive Farmersville, TX 75442 | Fee Simple | unknown | Debtor's Best Estimate | $379,999.00 |
| 55.7 **Real Property; Complete, Rented /** 7 Amity Lane Rockwall, TX 75087 | Fee Simple | unknown | Debtor's Best Estimate | $399,000.00 |
| 55.8 **Real Property; Complete, Rented /** 1702 Biggs Terrace Arlington, TX 76010 | Fee Simple | unknown | Debtor's Best Estimate | $349,000.00 |
| 55.9 **Real Property; Complete, Rented /** 1201 Case Drive Mesquite, TX 75181 | Fee Simple | unknown | Debtor's Best Estimate | $499,000.00 |
| 55.10 **Real Property; Complete, For Sale /** 14207 Cypress Laurel Court Conroe, TX 77303 | Fee Simple | unknown | Debtor's Best Estimate | $349,000.00 |
| 55.11 **Real Property; Complete, Rented /** 1123 Whispering Glen Rockwall, TX 75087 | Fee Simple | unknown | Debtor's Best Estimate | $549,000.00 |
| 55.12 **Real Property; Complete, Not Rented /** 2409 Homestead Mesquite, TX 75228 | Fee Simple | unknown | Debtor's Best Estimate | $429,000.00 |
| 55.13 **Real Property; Construction Mostly Complete /** 16063 Longvista Dallas, TX 75248 | Fee Simple | unknown | Debtor's Best Estimate | $675,000.00 |

56. **Total of Part 9**

Add the current value on lines 55.1 through 55.6 and entries from any additional sheets. Copy the total to line 88.

$8,001,999.00

57. **Is a depreciation schedule available for any of the property listed in Part 9?**

☑ No

❑ Yes

58. **Has any of the property listed in Part 9 been appraised by a professional within the last year?**

☑ No

❑ Yes

| Debtor | **Homes Now LLC** | Case number *(if known)* **25-41516** |
|---|---|---|
| | Name | |

---

| Part 10: | Intangibles and intellectual property |
|---|---|

59. **Does the debtor have any interests in intangibles or intellectual property?**

☑ No. Go to Part 11.

☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60. **Patents, copyrights, trademarks, and trade secrets** | | | |
| | _____ | _____ | _____ |
| 61. **Internet domain names and websites** | | | |
| | _____ | _____ | _____ |
| 62. **Licenses, franchises, and royalties** | | | |
| | _____ | _____ | _____ |
| 63. **Customer lists, mailing lists, or other compilations** | | | |
| | _____ | _____ | _____ |
| 64. **Other intangibles, or intellectual property** | | | |
| | _____ | _____ | _____ |
| 65. **Goodwill** | | | |
| | _____ | _____ | _____ |

66. **Total of Part 10**

Add lines 60 through 65. Copy the total to line 89.

_____

67. **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C. §§ 101(41A) and 107)**?**

☑ No

☐ Yes

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**

☑ No

☐ Yes

69. **Has any of the property listed in Part 10 been appraised by a professional within the last year?**

☑ No

☐ Yes

| Part 11: | All other assets |
|---|---|

70. **Does the debtor own any other assets that have not yet been reported on this form?**

Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No. Go to Part 12.

☑ Yes. Fill in the information below.

| | Current value of debtor's interest |
|---|---|

---

Official Form 206A/B    **Schedule A/B: Assets — Real and Personal Property**    page **8**

Debtor **Homes Now LLC**          Case number *(if known)* **25-41516**

Name

---

**71.** **Notes receivable**

Description (include name of obligor)

_____    _____ − _____ =➜ _____

                   Total face amount    doubtful or uncollectible amount

**72.** **Tax refunds and unused net operating losses (NOLs)**

Description (for example, federal, state, local)

_____    Tax year _____    _____

_____    Tax year _____    _____

_____    Tax year _____    _____

**73.** **Interests in insurance policies or annuities**

_____             _____

**74.** **Causes of action against third parties (whether or not a lawsuit has been filed)**

  **Emily Kinez** _____          **unknown**

Nature of claim    **Unpaid Rent for 7 Amity Lane Rockwall, TX (4 months)**

Amount requested    **unknown**

  **Erica Ellis** _____          **$26,610.00**

Nature of claim    **Rent for 1201 Case Dr. Mesquite, TX**

Amount requested    **$26,610.00**

  **Mechanical Breakdown Protection, Inc.** _____    **unknown**

Nature of claim    **Slander of Title / Tortious Interference**

Amount requested    **unknown**

**75.** **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

_____             _____

Nature of claim    _____

Amount requested    _____

**76.** **Trusts, equitable or future interests in property**

_____             _____

**77.** **Other property of any kind not already listed** *Examples:* Season tickets, country club membership

_____             _____

_____             _____

Debtor **Homes Now LLC**

Name

Case number *(if known)* **25-41516**

| | | | |
|---|---|---|---|
| 78. | **Total of Part 11** | | **$26,610.00** |
| | Add lines 71 through 77. Copy the total to line 90. | | |

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**

☑ No

☐ Yes

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form.**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1.* | $0.00 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | | |
| 83. **Investments.** *Copy line 17, Part 4.* | | |
| 84. **Inventory.** *Copy line 23, Part 5.* | | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | | |
| 88. **Real property.** *Copy line 56, Part 9.* ............. ➜ | | $8,001,999.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $26,610.00 | |
| 91. **Total.** *Add lines 80 through 90 for each column.* .......... 91a. | $26,610.00 | + 91b. $8,001,999.00 |
| 92. **Total of all property on Schedule A/B.** Lines 91a + 91b = 92. ..................... | | $8,028,609.00 |

Fill in this information to identify the case:

Debtor name    **Homes Now LLC**

United States Bankruptcy Court for the:    **Eastern**    District of    **Texas**

(State)

Case number (if known):    **25-41516**

☐ Check if this is an amended filing

## Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property    12/15

**Be as complete and accurate as possible.**

1.    **Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☑ Yes. Fill in all of the information below.

| Part 1: | List Creditors Who Have Secured Claims |
| --- | --- |

2.    **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A **Amount of claim** Do not deduct the value of collateral. | Column B **Value of collateral that supports this claim** |
| --- | --- | --- | --- |

**2.1    Creditor's name**

**Collin County Tax Assessor Collector**

**Creditor's mailing address**

**PO Box 8006**

**McKinney, TX 75070-8006**

**Creditor's email address, if known**

**Date debt was incurred**

**Last 4 digits of account number** __ __ __ __

**Do multiple creditors have an interest in the same property?**

☑ No

☐ Yes. Specify each creditor, including this creditor, and its relative priority.

**Describe debtor's property that is subject to a lien**

**Describe the lien**

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☑ No

☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

Column A: **unknown**    Column B: **unknown**

3.    **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**    **$6,400,363.00**

Official Form 206D    **Schedule D: Creditors Who Have Claims Secured by Property**    page **1** of **20**

Debtor **Homes Now LLC**
Name

Case number (if known) **25-41516**

| Part 1: | Additional Page | | Column A **Amount of claim** Do not deduct the value of collateral. | Column B **Value of collateral that supports this claim** |

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

**2.2** **Creditor's name**

**Dallas County**

**Creditor's mailing address**

**500 ELM ST., STE. 3300**

**Dallas, TX 75202**

**Creditor's email address, if known**

**Date debt was incurred**

**Last 4 digits of account number** __ __ __ __

**Do multiple creditors have an interest in the same property?**

☑ No

❑ Yes. Have you already specified the relative priority?

　❑ No. Specify each creditor, including this creditor, and its relative priority.

　❑ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

**Describe the lien**

**Is the creditor an insider or related party?**

☑ No

❑ Yes

**Is anyone else liable on this claim?**

☑ No

❑ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

❑ Contingent

❑ Unliquidated

❑ Disputed

Column A: **unknown**  Column B: **unknown**

Debtor **Homes Now LLC**
Name

Case number (if known) **25-41516**

| Part 1: | Additional Page | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

**2.3** **Creditor's name**

**Double Backflip**

**Creditor's mailing address**

**PO Box 27370**

**Anaheim, CA 92809**

**Creditor's email address, if known**

**Date debt was incurred**

**Last 4 digits of account number**  **2  4  4  1**

**Do multiple creditors have an interest in the same property?**

☑ No

❑ Yes. Have you already specified the relative priority?

  ❑ No.  Specify each creditor, including this creditor, and its relative priority.

  ❑ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**
Real Property: Complete, Rented

**Describe the lien**

**Contractual**

**Is the creditor an insider or related party?**

☑ No
❑ Yes

**Is anyone else liable on this claim?**

☑ No
❑ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
❑ Contingent
❑ Unliquidated
❑ Disputed

|  |  |
|---|---|
| **$640,000.00** | **$949,000.00** |

**Remarks:** 3321 Castle Dr., Rowlett, TX 75089

Official Form 206D      Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**      page **3** of **20**

| Debtor | **Homes Now LLC** | Case number (if known) **25-41516** |
|---|---|---|
| | Name | |

| Part 1: | Additional Page | Column A<br>**Amount of claim**<br>Do not deduct the value<br>of collateral. | Column B<br>**Value of collateral<br>that supports this<br>claim** |
|---|---|---|---|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

**2.4** **Creditor's name**

**Double Backflip**

**Creditor's mailing address**

**PO Box 27370**

**Anaheim, CA 92809**

**Creditor's email address, if known**

_____

**Date debt was incurred** _____

**Last 4 digits of account number** **1** **3** **6** **2**

**Do multiple creditors have an interest in the same property?**

☑ No

❑ Yes. Have you already specified the relative priority?

  ❑ No. Specify each creditor, including this creditor, and its relative priority.

    _____

  ❑ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

Real Property: Construction Half Complete

**Describe the lien**

**Contractual**

**Is the creditor an insider or related party?**

☑ No

❑ Yes

**Is anyone else liable on this claim?**

❑ No

☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

❑ Contingent

❑ Unliquidated

❑ Disputed

|  | $1,885,000.00 | $2,500,000.00 |

**Remarks:** 8644 S FM 549, Rockwall, TX 75032

Official Form 206D      Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**      page **4** of **20**

Debtor   **Homes Now LLC**                       Case number (if known) **25-41516**

      Name

| Part 1: | Additional Page | Column A<br>**Amount of claim**<br>Do not deduct the value<br>of collateral. | Column B<br>**Value of collateral<br>that supports this<br>claim** |
|---|---|---|---|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

**2.5**   **Creditor's name**

     **Double Backflip**

**Creditor's mailing address**

     **PO Box 27370**

     **Anaheim, CA 92809**

**Creditor's email address, if known**

**Date debt was incurred** _____

**Last 4 digits of account**   **4**   **1**   **6**   **5**
**number**

**Do multiple creditors have an interest in the same property?**

☑ No

❑ Yes. Have you already specified the relative priority?

     ❑ No. Specify each creditor, including this creditor, and its relative priority.

        _____

     ❑ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

Real Property: Complete, Rented        **$255,000.00**        **$349,000.00**

**Describe the lien**

   **Contractual**

**Is the creditor an insider or related party?**

☑ No

❑ Yes

**Is anyone else liable on this claim?**

☑ No

❑ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

❑ Contingent

❑ Unliquidated

❑ Disputed

**Remarks:** 1702 Biggs Terrace, Arlington, TX 76010

Debtor **Homes Now LLC**       Case number (if known) **25-41516**

Name

| Part 1: | Additional Page | Column A<br>**Amount of claim**<br>Do not deduct the value<br>of collateral. | Column B<br>**Value of collateral<br>that supports this<br>claim** |
|---|---|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the
previous page.

**2.6** **Creditor's name**

**Double Backflip**

**Creditor's mailing address**

**PO Box 27370**

**Anaheim, CA 92809**

**Creditor's email address, if known**

**Date debt was incurred**

**Last 4 digits of account number**   **1 0 3 3**

**Do multiple creditors have an interest in the same property?**

☑ No

❏ Yes. Have you already specified the relative priority?

   ❏ No. Specify each creditor, including this creditor, and its relative priority.

   ❏ Yes. The relative priority of creditors is specified on lines _____

**Remarks:** 1201 Case Dr., Mesquite, TX 75228

**Describe debtor's property that is subject to a lien**

Real Property: Complete, Rented     **$403,750.00**     **$499,000.00**

**Describe the lien**

**Contractual**

**Is the creditor an insider or related party?**

☑ No

❏ Yes

**Is anyone else liable on this claim?**

❏ No

☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**

Check all that apply.

❏ Contingent

❏ Unliquidated

❏ Disputed

Official Form 206D     Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**     page **6** of **20**

Debtor **Homes Now LLC**
Name                                    Case number (if known) **25-41516**

| Part 1: | Additional Page | Column A **Amount of claim** Do not deduct the value of collateral. | Column B **Value of collateral that supports this claim** |
|---|---|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

**2.7** **Creditor's name**

**Double Backflip**

**Creditor's mailing address**

**PO Box 27370**

**Anaheim, CA 92809**

**Creditor's email address, if known**

_____

**Date debt was incurred** _____

**Last 4 digits of account number**   **3  2  1  7**

**Do multiple creditors have an interest in the same property?**

☑ No

❑ Yes. Have you already specified the relative priority?

   ❑ No.  Specify each creditor, including this creditor, and its relative priority.

_____

   ❑ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

Real Property: Complete, For Sale

**Describe the lien**

**Contractual**

**Is the creditor an insider or related party?**

☑ No

❑ Yes

**Is anyone else liable on this claim?**

❑ No

☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

❑ Contingent

❑ Unliquidated

❑ Disputed

**$323,850.00**     **$349,000.00**

**Remarks:** 14207 Cypress Laurel, Conroe, TX 77095

Official Form 206D          Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**          page **7** of **20**

Debtor **Homes Now LLC**
<br>Name

Case number (if known) **25-41516**

| Part 1: | Additional Page | | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|---|---|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

**2.8** **Creditor's name**

**GLS Solutions LLC**

**Creditor's mailing address**

**200 S. Wilcox St #440**

**Castle Rock, CO 80104**

**Creditor's email address, if known**

_____

**Date debt was incurred** _____

**Last 4 digits of account** **3  3  9  8**
**number**

**Do multiple creditors have an interest in the same property?**

☑ No

❑ Yes. Have you already specified the relative priority?

   ❑ No.  Specify each creditor, including this creditor, and its relative priority.

   _____

   ❑ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**
<br>Real Property: Construction Mostly Complete

**Describe the lien**

**Contractual**

**Is the creditor an insider or related party?**

☑ No
<br>❑ Yes

**Is anyone else liable on this claim?**

❑ No
<br>☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
<br>Check all that apply.

❑ Contingent
<br>❑ Unliquidated
<br>❑ Disputed

**$258,000.00**

**$325,000.00**

**Remarks:** 2206 Ashmont CT, Missouri City, TX 77489

Debtor **Homes Now LLC**
Name

Case number (if known) **25-41516**

| | | | Column A<br>**Amount of claim**<br>Do not deduct the value<br>of collateral. | Column B<br>**Value of collateral<br>that supports this<br>claim** |
|---|---|---|---|---|

**Part 1:** Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

**2.9** **Creditor's name**

**GLS Solutions LLC**

**Creditor's mailing address**

**200 S. Wilcox St #440**

**Castle Rock, CO 80104**

**Creditor's email address, if known**

**Date debt was incurred**

**Last 4 digits of account number** **8 7 9 8**

**Do multiple creditors have an interest in the same property?**

☑ No

❑ Yes. Have you already specified the relative priority?

  ❑ No. Specify each creditor, including this creditor, and its relative priority.

  ❑ Yes. The relative priority of creditors is specified on lines _____

**Remarks:** 22355 Dominguez Dr., Rowlett, TX 75089

**Describe debtor's property that is subject to a lien**

Real Property: Complete, Rented

**$254,000.00** | **$349,000.00**

**Describe the lien**

**Contractual**

**Is the creditor an insider or related party?**

☑ No

❑ Yes

**Is anyone else liable on this claim?**

❑ No

☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

❑ Contingent

❑ Unliquidated

❑ Disputed

Official Form 206D  Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**  page **9** of **20**

Debtor  **Homes Now LLC**                              Case number (if known) **25-41516**
         Name

| Part 1: | Additional Page | | Column A | Column B |
|---|---|---|---|---|

| | | | *Column A*<br>**Amount of claim**<br>Do not deduct the value<br>of collateral. | *Column B*<br>**Value of collateral**<br>**that supports this**<br>**claim** |

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

**2.10** **Creditor's name**

**Harris County Tax Office**

**Describe debtor's property that is subject to a lien**

| | unknown | unknown |
|---|---|---|

**Creditor's mailing address**

**PO Box 2109**

**Houston, TX 77210-2109**

**Describe the lien**

**Creditor's email address, if known**

**Is the creditor an insider or related party?**

☑ No
☐ Yes

**Date debt was incurred** _____

**Last 4 digits of account number** __ __ __ __

**Is anyone else liable on this claim?**

☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**Do multiple creditors have an interest in the same property?**

☑ No
☐ Yes. Have you already specified the relative priority?

    ☐ No. Specify each creditor, including this creditor, and its relative priority.

             _____

             _____

    ☐ Yes. The relative priority of creditors is specified on lines _____

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Debtor **Homes Now LLC**
Name

Case number (if known) **25-41516**

| Part 1: | Additional Page | Column A **Amount of claim** Do not deduct the value of collateral. | Column B **Value of collateral that supports this claim** |
|---|---|---|---|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

**2.11** **Creditor's name**

**Kaivi Funding, Inc.**

**Creditor's mailing address**

**2 Allegheny Center, Nova Tower 2 Suite 200**

**Pittsburgh, PA 15212**

**Creditor's email address, if known**

_____

**Date debt was incurred** _____

**Last 4 digits of account** **0  8  7  8**
**number**

**Do multiple creditors have an interest in the same property?**

☑ No

❑ Yes. Have you already specified the relative priority?

　❑ No.  Specify each creditor, including this creditor, and its relative priority.

　　_____

　❑ Yes. The relative priority of creditors is specified on lines _____

**Remarks:** 2409 Homestead, Mesquite, TX 75228

**Describe debtor's property that is subject to a lien**

Real Property: Complete, Not Rented

**$356,199.00**　　**$429,000.00**

**Describe the lien**

**Contractual**

**Is the creditor an insider or related party?**

☑ No

❑ Yes

**Is anyone else liable on this claim?**

❑ No

☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

❑ Contingent

❑ Unliquidated

❑ Disputed

| Debtor | **Homes Now LLC** | | Case number (if known) **25-41516** |
|---|---|---|---|
| | Name | | |

| **Part 1:** | Additional Page | | Column A<br>**Amount of claim**<br>Do not deduct the value<br>of collateral. | Column B<br>**Value of collateral**<br>**that supports this**<br>**claim** |
|---|---|---|---|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| 2.12 | | | |
|---|---|---|---|

**Creditor's name**

**Kaivi Funding, Inc.**

**Describe debtor's property that is subject to a lien**

Real Property: Construction Mostly Complete

**$673,164.00**      **$675,000.00**

**Creditor's mailing address**

**2 Allegheny Center, Nova Tower 2 Ste 200**

**Pittsburgh, PA 15212**

**Describe the lien**

**Contractual**

**Is the creditor an insider or related party?**

☑ No
☐ Yes

**Creditor's email address, if known**

**Is anyone else liable on this claim?**

☐ No
☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**Date debt was incurred**

**Last 4 digits of account number**   **1 3 4 3**

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Do multiple creditors have an interest in the same property?**

☑ No
☐ Yes. Have you already specified the relative priority?

   ☐ No. Specify each creditor, including this creditor, and its relative priority.

   ☐ Yes. The relative priority of creditors is specified on lines _____

**Remarks:** 16063 Longvista, Dallas, TX 75248

Debtor  **Homes Now LLC**                                   Case number (if known) **25-41516**
Name

| Part 1: | Additional Page | Column A | Column B |
|---|---|---|---|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| | | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|---|

**2.13** **Creditor's name**

   **Montgomery County Tax Office**

**Creditor's mailing address**

   **400 N. San Jacinto St.**

   **Conroe, TX 77301**

**Creditor's email address, if known**

_____

**Date debt was incurred** _____

**Last 4 digits of account number** __ __ __ __

**Do multiple creditors have an interest in the same property?**

☑ No

❏ Yes. Have you already specified the relative priority?

   ❏ No. Specify each creditor, including this creditor, and its relative priority.

   _____

   ❏ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

_____

_____

_____

**Describe the lien**

_____

**Is the creditor an insider or related party?**

☑ No
❏ Yes

**Is anyone else liable on this claim?**

☑ No
❏ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

❏ Contingent
❏ Unliquidated
❏ Disputed

Column A: **unknown**    Column B: **unknown**

Official Form 206D      Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**      page **13** of **20**

Debtor  **Homes Now LLC**                                   Case number (if known) **25-41516**
      Name

| Part 1: | Additional Page | Column A **Amount of claim** Do not deduct the value of collateral. | Column B **Value of collateral that supports this claim** |
|---|---|---|---|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

**2.14** **Creditor's name**

  **Park Place**

**Creditor's mailing address**

  **PO Box 27370**

  **Anaheim, CA 92809**

**Creditor's email address, if known**

**Date debt was incurred** _____

**Last 4 digits of account number**  **1  8  2  9**

**Do multiple creditors have an interest in the same property?**

☑ No

❑ Yes. Have you already specified the relative priority?

  ❑ No. Specify each creditor, including this creditor, and its relative priority.

  ❑ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

Real Property: Complete, Rented      **$267,400.00**      **$399,000.00**

**Describe the lien**

  **Contractual**

**Is the creditor an insider or related party?**

☑ No

❑ Yes

**Is anyone else liable on this claim?**

❑ No

☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

❑ Contingent

❑ Unliquidated

❑ Disputed

**Remarks:** 7 Amity Lane, Rockwall, TX 75089

| Debtor | **Homes Now LLC** | | Case number (if known) | **25-41516** |
|---|---|---|---|---|
| | Name | | | |

| Part 1: | Additional Page | Column A<br>**Amount of claim**<br>Do not deduct the value<br>of collateral. | Column B<br>**Value of collateral<br>that supports this<br>claim** |
|---|---|---|---|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

**2.15 Creditor's name**

**Rockwall County Tax Assessor**

**Describe debtor's property that is subject to a lien**

Column A: **unknown**  Column B: **unknown**

**Creditor's mailing address**

**101 E. Rusk St. , #101**

**Rockwall, TX 75087**

**Describe the lien**

**Creditor's email address, if known**

**Is the creditor an insider or related party?**

☑ No
☐ Yes

**Date debt was incurred** _____

**Is anyone else liable on this claim?**

☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**Last 4 digits of account number** __ __ __ __

**Do multiple creditors have an interest in the same property?**

☑ No
☐ Yes. Have you already specified the relative priority?

   ☐ No. Specify each creditor, including this creditor, and its relative priority.

   _____

   ☐ Yes. The relative priority of creditors is specified on lines _____

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Debtor **Homes Now LLC**
Name

Case number (if known) **25-41516**

| Part 1: | Additional Page | *Column A* **Amount of claim** Do not deduct the value of collateral. | *Column B* **Value of collateral that supports this claim** |

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

**2.16** | **Creditor's name**

**Saluda Grade Alternative Mortgage Trust 2022-RTL6**

**Creditor's mailing address**

**FCI PO Box 27370**

**Anaheim, CA 92809**

**Creditor's email address, if known**

_____

**Date debt was incurred** _____

**Last 4 digits of account number** **1 8 3 5**

**Do multiple creditors have an interest in the same property?**

☑ No

❑ Yes. Have you already specified the relative priority?

  ❑ No. Specify each creditor, including this creditor, and its relative priority.

    _____

    _____

  ❑ Yes. The relative priority of creditors is specified on lines _____

**Remarks:** 203 Hill St., Farmersville, TX 75442

**Describe debtor's property that is subject to a lien**
Real Property: Construction Started

**$396,000.00** | **$250,000.00**

**Describe the lien**

**Contractual**

**Is the creditor an insider or related party?**

☑ No

❑ Yes

**Is anyone else liable on this claim?**

❑ No

☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

❑ Contingent

❑ Unliquidated

❑ Disputed

Debtor **Homes Now LLC**
_____
Name

Case number (if known) **25-41516** _____

| Part 1: | Additional Page | Column A | Column B |
|---|---|---|---|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

Column A
**Amount of claim**
Do not deduct the value of collateral.

Column B
**Value of collateral that supports this claim**

**2.17** **Creditor's name**

**Saluda Grade Alternative Mortgage Trust 2022-RTL6**
_____

**Creditor's mailing address**

**PO Box 27370**
_____

**Anaheim, CA 92809**
_____

**Creditor's email address, if known**

_____

**Date debt was incurred** _____

**Last 4 digits of account number** **2 6 9 1**

**Do multiple creditors have an interest in the same property?**

☑ No

☐ Yes. Have you already specified the relative priority?

   ☐ No.  Specify each creditor, including this creditor, and its relative priority.

     _____

     _____

   ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**
Real Property: Construction Mostly Complete

**Describe the lien**

**Contractual**
_____

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☑ No

☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

**$287,000.00**

**$379,999.00**

**Remarks:** 909 Westgate Dr., Farmersville, TX 75442

Debtor    **Homes Now LLC** _____    Case number (if known) **25-41516** _____
      Name

| Part 1: | Additional Page | Column A<br>**Amount of claim**<br>Do not deduct the value<br>of collateral. | Column B<br>**Value of collateral<br>that supports this<br>claim** |
|---|---|---|---|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

**2.18** **Creditor's name**

**Saluda Grade Alternative Mortgage Trust 2022-RTL6** _____

**Creditor's mailing address**

**PO Box 27370** _____

**Anaheim, CA 92809** _____

**Creditor's email address, if known**

_____

**Date debt was incurred** _____

**Last 4 digits of account number** **2 6 8 6**

**Do multiple creditors have an interest in the same property?**

☑ No

❑ Yes. Have you already specified the relative priority?

   ❑ No. Specify each creditor, including this creditor, and its relative priority.

     _____

     _____

   ❑ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

Real Property: Complete, Rented

**$401,000.00**     **$549,000.00**

**Describe the lien**

**Contractual** _____

**Is the creditor an insider or related party?**

☑ No

❑ Yes

**Is anyone else liable on this claim?**

❑ No

☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

❑ Contingent

❑ Unliquidated

❑ Disputed

**Remarks:** 1123 Whispering Glen, Rockwall, TX 75087

Debtor **Homes Now LLC**                                     Case number (if known) **25-41516**
_____
Name

| Part 1: | Additional Page | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

**2.19** **Creditor's name**

**Tarrant County Tax Assessor**
_____

**Creditor's mailing address**

**PO Box 961018**
_____

**Fort Worth, TX 76161-1018**
_____

**Creditor's email address, if known**
_____

**Date debt was incurred** _____

**Last 4 digits of account number** __ __ __ __

**Do multiple creditors have an interest in the same property?**

☑ No

❑ Yes. Have you already specified the relative priority?

    ❑ No.  Specify each creditor, including this creditor, and its relative priority.
_____
_____

    ❑ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**
_____
_____
_____

**Describe the lien**
_____

**Is the creditor an insider or related party?**

☑ No

❑ Yes

**Is anyone else liable on this claim?**

☑ No

❑ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

❑ Contingent

❑ Unliquidated

❑ Disputed

Column A: **unknown**

Column B: **unknown**

Debtor **Homes Now LLC**        Case number (if known) **25-41516**

     Name

| Part 2: | List Others to Be Notified for a Debt Already Listed in Part 1 |
|---|---|

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to be notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| **Aaron Marsh** | Line 2. __3__ | __ __ __ __ |
| **Aaron Marsh** | Line 2. __4__ | __ __ __ __ |
| **LOGS Legal Group**<br>**13105 Northwest Frwy, 960**<br>**Houston, TX 77040** | Line 2. __14__ | __1__ __8__ __2__ __9__ |
| | Line 2. __ | __ __ __ __ |
| | Line 2. __ | __ __ __ __ |
| | Line 2. __ | __ __ __ __ |
| | Line 2. __ | __ __ __ __ |
| | Line 2. __ | __ __ __ __ |
| | Line 2. __ | __ __ __ __ |
| | Line 2. __ | __ __ __ __ |

Fill in this information to identify the case:

Debtor name **Homes Now LLC**

United States Bankruptcy Court for the:

**Eastern District of Texas**

Case number (if known): **25-41516**

☐ Check if this is an amended filing

## Official Form 206E/F

## Schedule E/F: Creditors Who Have Unsecured Claims

**12/15**

**Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases*(Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.**

### Part 1: List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507)

   ☑ No. Go to Part 2.

   ☐ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | Total claim | Priority amount |
|---|---|---|

**2.1**

| **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* |
|---|---|
| _____ | ☐ Contingent |
| _____ | ☐ Unliquidated |
| _____ | ☐ Disputed |
| **Date or dates debt was incurred** | **Basis for the claim:** |
| _____ | _____ |
| **Last 4 digits of account number** __ __ __ __ | **Is the claim subject to offset?** ☐ No  ☐ Yes |
| **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ___ | |

**2.2**

| **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* |
|---|---|
| _____ | ☐ Contingent |
| _____ | ☐ Unliquidated |
| _____ | ☐ Disputed |
| **Date or dates debt was incurred** | **Basis for the claim:** |
| _____ | _____ |
| **Last 4 digits of account number** __ __ __ __ | **Is the claim subject to offset?** ☐ No  ☐ Yes |
| **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ___ | |

| Debtor | **Homes Now LLC** | Case number *(if known)* | **25-41516** |
|---|---|---|---|
| | Name | | |

<table>
<tr><td colspan="2" style="background:black;color:white"><strong>Part 2:</strong> List All Creditors with NONPRIORITY Unsecured Claims</td></tr>
</table>

**3.** **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

| | | | **Amount of claim** |
|---|---|---|---|

**3.1** **Nonpriority creditor's name and mailing address**

**Barrett Daffin Frappier Turner & Engel, LLP**

**4004 Belt Line Rd Ste 100**

**Addison, TX 75001**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

**unknown**

---

**3.2** **Nonpriority creditor's name and mailing address**

**Capital Fund I LLC**

**14555 N. Scottsdale Ste 200**

**Scottsdale, AZ 85254**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Possible Deficiency**

Is the claim subject to offset?
☑ No
☐ Yes

**$1.00**

---

**3.3** **Nonpriority creditor's name and mailing address**

**FCI Lender Services, Inc.**

**PO Box 27370**

**Anaheim, CA 92809-0112**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

**unknown**

---

**3.4** **Nonpriority creditor's name and mailing address**

**First American Mortgage Solutions**

**c/o Double Backflip LLC**

**MS 158-E 1795 International Way**

**Idaho Falls, ID 83402**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

**unknown**

---

Official Form 206E/F                **Schedule E/F: Creditors Who Have Unsecured Claims**                page 2 of 3

Debtor    **Homes Now LLC**                                                    Case number *(if known)*    **25-41516**

      Name

---

**Part 4:**  Total Amounts of the Priority and Nonpriority Unsecured Claims

**5.**    **Add the amounts of priority and nonpriority unsecured claims.**

|  |  | **Total of claim amounts** |
|---|---|---|
| 5a.  **Total claims from Part 1** | 5a. | **$0.00** |
| 5b.  **Total claims from Part 2** | 5b.  **+** | **$1.00** |
| 5c.  **Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | **$1.00** |

---

Fill in this information to identify the case:

Debtor name **Homes Now LLC**

United States Bankruptcy Court for the: **Eastern** District of **Texas**

Case number (If known): **25-41516** Chapter (State) **11**

☐ Check if this is an amended filing

## Official Form 206G

# Schedule G: Executory Contracts and Unexpired Leases 12/15

**Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, numbering the entries consecutively.**

1. **Does the debtor have any executory contracts or unexpired leases?**

   ☐ No. Check this box and file this form with the court with the debtor's other schedules. There is nothing else to report on this form.

   ☑ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

2. **List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

| | | | |
|---|---|---|---|
| **2.1** | State what the contract or lease is for and the nature of the debtor's interest | **Listing Agreement for 14207 Cypress Laurel, Conroe, TX** | **Ryan Kutter** |
| | | | **3011 W. Davis St.** |
| | State the term remaining | **0 months** | **Conroe, TX 77304** |
| | List the contract number of any government contract | | |
| **2.2** | State what the contract or lease is for and the nature of the debtor's interest | | |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| **2.3** | State what the contract or lease is for and the nature of the debtor's interest | | |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| **2.4** | State what the contract or lease is for and the nature of the debtor's interest | | |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| **2.5** | State what the contract or lease is for and the nature of the debtor's interest | | |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

Fill in this information to identify the case:

| | |
|---|---|
| Debtor name | **Homes Now LLC** |
| United States Bankruptcy Court for the: | **Eastern** District of **Texas** |
| | (State) |
| Case number (If known): | **25-41516** |

☐ Check if this is an
amended filing

## Official Form 206H

## Schedule H: Codebtors

12/15

**Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.**

**1. Does the debtor have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

☑ Yes

2. **In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors,** *Schedules D-G.* Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| **Name** | **Mailing address** | **Name** | *Check all schedules that apply:* |
| 2.1 **Aaron Marsh** | | **Saluda Grade Alternative Mortgage Trust 2022-RTL6** | ☑ D  ☐ E/F  ☐ G |
| | Street | **GLS Solutions LLC** | ☑ D  ☐ E/F  ☐ G |
| | City   State   ZIP Code | | |
| | | **Double Backflip** | ☑ D  ☐ E/F  ☐ G |
| | | **GLS Solutions LLC** | ☑ D  ☐ E/F  ☐ G |
| | | **Park Place** | ☑ D  ☐ E/F  ☐ G |
| | | **Double Backflip** | ☑ D  ☐ E/F  ☐ G |
| | | **Double Backflip** | ☑ D  ☐ E/F  ☐ G |
| | | **Saluda Grade Alternative Mortgage Trust 2022-RTL6** | ☑ D  ☐ E/F  ☐ G |

Debtor **Homes Now LLC**
_____
Name

Case number (if known) **25-41516**
_____

| | Additional Page if Debtor Has More Codebtors |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. |||||
|---|---|---|---|---|
| *Column 1:* **Codebtor** | | | *Column 2:* **Creditor** | |
| **Name** | **Mailing address** | | **Name** | *Check all schedules that apply:* |
| | | | **Kaivi Funding, Inc.** | ☑ D  ❑ E/F  ❑ G |
| | | | **Kaivi Funding, Inc.** | ☑ D  ❑ E/F  ❑ G |
| 2.2 **Ken Strickler** | Street _____  _____  City   State   ZIP Code | | **Capital Fund I LLC** | ❑ D  ☑ E/F  ❑ G |
| 2.3 _____ | Street _____  _____  City   State   ZIP Code | | _____ | ❑ D  ❑ E/F  ❑ G |
| 2.4 _____ | Street _____  _____  City   State   ZIP Code | | _____ | ❑ D  ❑ E/F  ❑ G |
| 2.5 _____ | Street _____  _____  City   State   ZIP Code | | _____ | ❑ D  ❑ E/F  ❑ G |
| 2.6 _____ | Street _____  _____  City   State   ZIP Code | | _____ | ❑ D  ❑ E/F  ❑ G |

Official Form 206H                    **Schedule H: Codebtors**                    page __2__ of __2__

Fill in this information to identify the case:

Debtor name        **Homes Now LLC**

United States Bankruptcy Court for the:

       **Eastern District of Texas**

Case number (if known):      **25-41516**     Chapter  **11**

☐ Check if this is an amended filing

## Official Form 206Sum

# Summary of Assets and Liabilities for Non-Individuals     **12/15**

### Part 1: Summary of Assets

1. *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

   1a. **Real Property:**
   Copy line 88 from *Schedule A/B*......................................................................................................................
   
   **$8,001,999.00**

   1b. **Total personal property:**
   Copy line 91A from *Schedule A/B*..................................................................................................................
   
   **$26,610.00**

   1c. **Total of all property:**
   Copy line 92 from *Schedule A/B*....................................................................................................................
   
   **$8,028,609.00**

### Part 2: Summary of Liabilities

2. *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim*, from line 3 of *Schedule D*.................
   
   **$6,400,363.00**

3. *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

   3a. **Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 5a of *Schedule E/F*...................................................................
   
   **$0.00**

   3b. **Total amount of claims of non-priority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*......................................
   
   **+ $1.00**

4. **Total liabilities**..............................................................................................................................................
   Lines 2 + 3a + 3b
   
   **$6,400,364.00**

Fill in this information to identify the case:

| | |
|---|---|
| Debtor name | **Homes Now LLC** |
| United States Bankruptcy Court for the: | **Eastern District of Texas** |
| Case number (if known): | **25-41516** |

❑ Check if this is an amended filing

## Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors

**12/15**

**An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.**

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☑ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

☑ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

☑ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

☑ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

☑ *Schedule H: Codebtors* (Official Form 206H)

☑ *A Summary of Assets and Liabilities for Non-Individuals* (Official Form 206A-Summary)

❑ *Amended Schedule* _____

❑ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

❑ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

| | | |
|---|---|---|
| Executed on | **06/18/2025** | **X** **/s/ Ken Strickler** |
| | MM/ DD/ YYYY | Signature of individual signing on behalf of debtor |
| | | **Ken Strickler** |
| | | Printed name |
| | | **Agent and Representative** |
| | | Position or relationship to debtor |